IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-57-1BO(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | (UNDER SEAL) |
| MOUSA ABDEL LATIF THABATEH | ) | |
| a/k/a "Mousa Thabateh", | ) | |
| "Musa A Odeh", and | | |
| "Musa Abdel Latif Odeh" | | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Indictment in the above-referenced matter, the Motion to Seal, and this Order be sealed by the Clerk until further order by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney and Homeland Security Investigations.

This ___6___ day of March, 2013.

_____
HONORABLE JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE