UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-00057-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MOUSA ABDEL LATIF THABATEH ) | |
| a/k/a "Mousa Thabateh", "Musa A Odeh", ) | |
| and "Musa Abdel Latif Odeh" ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 27 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and defendant's attorney.

So ORDERED, this __7__ day of June, 2013.

TERRENCE W. BOYLE
United States District Judge