UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-00057-BO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) ORDER<br>)<br>MOUSA ABDEL LATIF THABATEH )<br> a/k/a "Mousa Thabateh", "Musa A Odeh", )<br> and "Musa Abdel Latif Odeh" ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss, without prejudice, the pending Indictment relative to the above captioned defendant.

After due consideration and for good cause shown in the government's motion and sealed memorandum of support, the Court hereby GRANTS the government's motion and ORDERS the subject Indictment DISMISSED without prejudice.

So ORDERED, this **7** day of June, 2013.

TERRENCE W. BOYLE
United States District Judge